# Exhibit C

# RE:[CASE 17106337981] Notice: Amazon Patent Evaluation Express Program - Action Required

| 发件人： | patent-evaluation@amazon.com <patent-evaluation@amazon.com> |
|---|---|
| 收件人： | Gaby <gaby@ke-jiang.com> |
| 时　间： | 2025年2月11日(星期二) 00:24 |

Hello,

We received a report from a patent owner who believes the items listed at the end of this email infringe their U.S. Patent No. 8,758,177.

If you wish to continue selling the items listed at the end of the email, you have two choices.

First, you can choose to resolve your claim with the patent owner directly within the next three weeks. If we receive a retraction from the patent owner within the next three weeks, we will allow you

FeraDyne Outdoors LLC
avanrossum@feradyne.com
101 Main Street Superior WI 54880

If the patent owner agrees to retract their complaint, they must send the retraction directly to us at patent-
evaluation@amazon.com. Forwarded retractions will not be accepted. Another option is to resolve the claim with the patent owner in a federal district court case. If you are already engaged in a pate
infringement of the asserted patent, please provide us with a copy of the relevant complaint within the next three weeks, and you may continue selling the items listed at the end of the email while th

Second, you can choose to participate in neutral evaluation of the patent owner's claim. Amazon's neutral evaluation procedure is described in the attached document titled "Amazon Patent Evaluation
Supplied Information," and return the completed Agreement to patent-evaluation@amazon.com within three weeks.

Please note that participation in the evaluation process does not guarantee that you will be able to continue to sell the items listed at the end of this email following the evaluation. If the evaluator de

If you do not either resolve your claim with the patent owner directly, or agree to participate in the neutral evaluation process, we will remove the listings at the end of this email from Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B0C1Z7TM2D
B0CBB1S6K9
B0D2NLMB1L
B0C2Y3WKQ1
Infringement type: Patent
Patent Number: 8,758,177
Case ID: 17106337981

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Neutral Patent Evaluation Team
Amazon.com

--

附件(2)

Amazon Patent Evaluation Express Procedure.pdf(166KB)

FeraDyne Outdoors LLC Executed Agreement.pdf(992KB)